JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JEROME GAUFF,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>J.L. MARTINEZ, Warden,<br><br>　　　　　Respondent | Case No. 2:23-cv-04453-SVW-JC<br><br>JUDGMENT |

　　　Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

　　　IT IS SO ADJUDGED.

DATED: June 15, 2023

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE